IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Dennis Duane Van Devender,

                Petitioner,

v.

Frank Thompson,

                Respondent.

Civil No. CV 04-34 BR

**ORDER OF DISMISSAL**

Petitioner's Motion (#44) to Voluntarily Dismiss this action,

**IT IS ORDERED** that this matter is DISMISSED without prejudice.

Dated this   14th   day of March, 2006.

                                    /s/ Anna J. Brown
                                  Anna J. Brown
                                  United States District Judge